UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
:
:
UNITED STATES OF AMERICA,      :
:
        Plaintiff,      :    Criminal Action No.: 06-cr-449-019
:
v.                             :    ORDER
:
MARTIN FUSSELL,               :
:
        Defendant.    :
_____ :

    This matter having been considered opened to the Court by Defendant, seeking to change his name in caption of this case from his given name, "Martin Fussell," to his legally assumed name, "Wasim Abdul Kabir;" it appearing that Defendant has submitted a Final Judgment to Assume Name dated July 9, 1984, which judgment was issued by the Superior Court of New Jersey; it appearing that the United States of America ("Government") "has no objection to [Defendant's] requested clerical correction," Govt. Opp. Br. at 2; it further appearing that the Government contends that Defendant's criminal history includes an additional alias, "Martin Douglas Fussell, Jr.;" it appearing that the Government has suggested the following amended caption:

        United States of America

           v.

        Martin Fussell, a/k/a
        "Martin Douglass Fussell, Jr." a/k/a
        "Wasim Abdul Kabir"

it appearing that the Court considered the parties' moving and opposition papers pursuant to Fed.

R. Civ. P. 78; and for good cause shown:

It is on this 9th day of July, 2010,

ORDERED that the caption of the instant suit be hereby amended to read : "United States of America v. Martin Fussell, a/k/a "Martin Douglass Fussell, Jr." a/k/a "Wasim Abdul Kabir."

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.